**No. P66/311.**—Ross Products, Inc. *v.* United States, protests 65/20897 and 65/20898 (New York).

**No. P66/312.**—Lefton Pacific, Inc., and W. J. Byrnes *v.* United States, protest 64/16806 (Los Angeles).

LANDIS, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of cups and saucers similar in all material respects to those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China and Glass Company* (47 CCPA 1, C.A.D. 719), the claim of the plaintiff was sustained.

**No. P66/313.**—Ross Products, Inc. *v.* United States, protest 65/15104 (New York).

LANDIS, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of cups and saucers similar in all material respects to those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust. Ct. 130, C.D. 2484), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, OCTOBER 31, 1966

**No. P66/314.**—Max Eckardt & Sons, Inc. *v.* United States, protest 298680–K (New York).

OLIVER, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of plastic paperweights similar in all material respects to those the subject of *Ace Importing Co., Inc.* v. *United States* (50 Cust Ct. 226, Abstract 67488), the claim of the plaintiff was sustained.